332

Mack Bernat, Plaintiff, v. H. Lawrence Hendrickson, as Trustee Under the 4602 N. Monticello Liquidation Trust, Known as Trust No. 7670 et al., Appellees.

On Appeal of Barbara Kamm, Appellant.

Gen. No. 43,082.

Heard in the second division, first district, this court at the June term, 1944; opinion filed December 18, 1945; rehearing denied January 2, 1946; released for publication January 2, 1946. William Henning Rubin, for appellant; Friedlund, Levin & Friedlund, for certain appellee; Emil N. Levin, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.